IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEKSEJ GUSAKOVS,<br><br>          Plaintiff,<br><br>          v.<br><br><br>JOHNSON & JOHNSON, and DEPUY<br>SYNTHES SALES, INC.<br><br>          Defendants. | No. 17-cv-11502-DJC |

**DEFENDANTS JOHNSON & JOHNSON AND DEPUY SYNTHES SALES, INC.'S
<u>MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS</u>**

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv), Defendants Johnson & Johnson and DePuy

Synthes Sales, Inc. (together "Defendants") respectfully move for an order compelling Plaintiff

to produce the disclosure statements and other factual communications and related factual

documents provided to the United States Attorney's Office, the United States Department of

Justice, and/or the Commonwealth of Massachusetts by Plaintiff in connection with the protected

conduct in which he alleges he engaged. Defendants have substantial need for these materials

and cannot obtain this information elsewhere, and no privilege applies to these documents to

justify Plaintiff's withholding them from production.

As grounds for this Motion, Defendants rely on and incorporate fully the Memorandum,

which is submitted herewith.

WHEREFORE, Defendants respectfully request that the Motion be GRANTED.

1

Dated: May 2, 2024

Respectfully submitted,

DEFENDANTS
JOHNSON & JOHNSON and DEPUY SYNTHES
SALES, INC.

By their attorneys,

/s/ Mark D. Seltzer
Mark D. Seltzer, Esq.
(BBO No. 556341)
Hannah R. Bornstein, Esq.
(BBO No. 670433)
Brianna N. Portu, Esq.
(BBO No. 698715)
Jarrad Kirsh, Esq.
(BBO No. 710535)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
Email: mseltzer@nixonpeabody.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, undersigned counsel states that they have conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues presented in the Motion.

/s/ Mark D. Seltzer

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system.

/s/ Mark D. Seltzer

2